

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00451-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

Relator filed this petition for writ of mandamus on July 20, 2015. On December 7, 2015, relator filed an unopposed motion requesting that its mandamus petition be dismissed.

Relator's motion is GRANTED. The temporary stay and abatement previously ordered by this court are LIFTED and this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on December 9, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162 D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048 D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.